■ HELEN HARRIS, Respondent, v PATHMARK SUPERMARKET, Appellant. [609 NYS2d 800] —In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Queens County (Zelman, J.), dated October 25, 1991, which granted the plaintiff's motion to strike the defendant's 90-day demand pursuant to CPLR 3216 and denied the defendant's cross motion to dismiss the complaint for failure to prosecute.

Ordered that the order is reversed, on the facts, with costs, the motion is denied, the cross motion is granted, and the complaint is dismissed.

The plaintiff failed to demonstrate a justifiable excuse for the delay in responding to the 90-day demand pursuant to CPLR 3216 *(see, Turman v Amity OBG Assocs.,* 170 AD2d 668). Thompson, J. P., Rosenblatt, Ritter, Friedmann and Krausman, JJ., concur.

■ HELEN HARRIS, Respondent, v PATHMARK SUPERMARKET, Appellant. [— NYS2d —] —Motion by the defendant on an appeal from an order of the Supreme Court, Queens County, dated October 25, 1991, to strike the plaintiff's brief.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

Ordered that the motion is granted to the extent of striking the second through sixth paragraphs of Point Two of the plaintiff's brief as containing material dehors the record; and it is further,

Ordered that the motion is otherwise denied. Thompson, J. P., Rosenblatt, Ritter, Friedmann and Krausman, JJ., concur.